[No. 37658-0-II. Division Two. June 16, 2009.]

NATHAN WOOD, *Appellant*, v. CYNTHIA WOLFE, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-2-00245-4, Christine A. Pomeroy, J., entered April 21, 2008. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 37902-3-II. Division Two. June 16, 2009.]

PETER A. CRAWFORD, *as Co-Trustee and Co-Executor*, ET AL., *Appellants*, v. LINDA FRANKLIN, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-2-05413-5, Barbara D. Johnson, J., entered June 2, 2008. *Reversed* by unpublished opinion per Van Deren, C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 27329-6-III. Division Three. June 16, 2009.]

*In the Matter of the Marriage of* JAMIE R. BALDWIN, *Appellant*, and SHEVONNE C. BALDWIN, *Respondent*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 05-3-00193-0, Scott R. Sparks, J., entered July 8, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 61431-2-I. Division One. June 22, 2009.]

WHATCOM COUNTY FIRE DISTRICT NO. 21, *Respondent*, v. WHATCOM COUNTY, *Defendant*, BIRCH POINT VILLAGE, LLC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 06-2-02364-8, Charles R. Snyder, J., entered February 29, 2008. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Becker and Lau, JJ. Now published at 151 Wn. App. 601.